Basil AKBAR, Plaintiff—Appellant,

v.

SOUTH CAROLINA PROBATION, PAROLE AND PARDON; South Carolina Department of Corrections; Joan B. Meacham; Gary D. Maynard; Orton Bellamy; J.P. Hodges; Teresa A. Knox; Tim Riley; Stephen G. Birnie; Grady A. Wallace; Carl Ludenberg; Michael J. Cavanaugh; Robert Ogletree; William Gunn; Stephen Benjamin; Debbie Amick; Ann Doe; John Doe, Defendants—Appellees.

No. 03–7871.

United States Court of Appeals, Fourth Circuit.

Submitted March 11, 2004.

Decided March 18, 2004.

Basil Akbar, Appellant pro se. Daniel Roy Settana, Jr., McKay, McKay & Settana, P.A., Columbia, South Carolina, for Appellees.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Basil Akbar appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint alleging violations of 42 U.S.C. §§ 1983, 1985 (2000) and state law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Akbar v. South Carolina Probation, Parole & Pardon,* No. CA–03–377–9–18 (D.S.C. Oct. 22, 2003). We deny Akbar's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*